THE STATE v. LARRIGAN.   (TWO CASES.)

1. **Criminal Law:** WAIVER OF JURY: CONVICTION ILLEGAL.    One indicted for a felony cannot waive a trial by jury, and a conviction without a jury is illegal.   *State v. Carman*, 63 Iowa, 130, followed.

*Appeals from Polk District Court.*

MONDAY, JUNE 8.

*D. O. Finch*, for appellant.

*A. J. Baker, Attorney-general*, for appellee.

BY THE COURT.    The defendant was indicted, tried, and convicted of a felony by the court, a trial by jury having been waived.    It has been held that such a conviction is illegal.   *State v. Carman*, 63 Iowa, 130.    These cases must therefore be

REVERSED.